1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   FRANK J. RIEBLI (CABN 221152)
5  Assistant United States Attorney

6         450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495
7          Telephone: (415) 436-7200
           FAX: (415) 436-7234
8          Eric.Cheng@usdoj.gov
           Frank.Riebli@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,    ) CASE NO. CR 21-121 JD
                                  )
15 |     Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER
                                  )
16 |  v.                           ) SETTING BRIEFING AND HEARING SCHEDULE
                                  ) FOR GOVERNMENT'S MOTION TO REVOKE
17 | SIMON SAGE YBARRA,            ) RELEASE
                                  )
18 |     Defendant.                )
                                  )
19

20        On April 12, 2021, the government moved to revoke the order releasing Simon Sage YBARRA

21 on bond pending trial or resolution in this case.  See Dkt #12.  The Court asked that the government

22 confer with YBARRA's counsel and propose a briefing schedule for that motion.  The parties are

23 informed that the first opportunity to have the matter heard is May 10, 2021 at 11:00 a.m.  Therefore, the

24 parties recommend the following briefing and hearing schedule:

25        YBARRA will file his opposition on or before Wednesday, April 28, 2021; and

26        The government will file a reply, if any, on or before Tuesday, May 4, 2021.

27        The parties request that the Court add the matter to its calendar for hearing on Monday, May 10,

28 2021 at 11:00 a.m.

REQUEST FOR STAY OF RELEASE ORDER         1
CR 21-121 JD

YBARRA is out of custody.

DATED: April 15, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
ERIC CHENG
FRANK J. RIEBLI
Assistant United States Attorneys


__/s/ Frank Riebli w/ permission__
MARTIN SABELLI
Attorney for Simon Sage Ybarra

## ~~[PROPOSED]~~ ORDER

For the reasons set forth above, the Court orders the following: the defendant shall file his opposition to the government's motion to revoke, Docket #12, on or before Wednesday, April 28, 2021; the government shall file its reply, if any, on or before Tuesday, May 4, 2021. The Court will hear the matter on May 10, 2021 at 11:00 a.m.

IT IS SO ORDERED.

Dated: April  16 , 2021

_____
HON. JAMES DONATO
United States District Judge