```
 1 | STEPHANIE M. HINDS (CABN 154284)
   | Acting United States Attorney
 2 |
   | HALLIE HOFFMAN (CABN 210020)
 3 | Chief, Criminal Division
 4 | ERIC CHENG (CABN 274118)
   | FRANK J. RIEBLI (CABN 221152)
 5 | Assistant United States Attorney
 6 |     450 Golden Gate Avenue, Box 36055
   |     San Francisco, California 94102-3495
 7 |     Telephone: (415) 436-7200
   |     FAX: (415) 436-7234
 8 |     Eric.Cheng@usdoj.gov
   |     Frank.Riebli@usdoj.gov
 9 |
   | Attorneys for United States of America
10 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 21-CR-0121 JD |
|---|---|
| Plaintiff, | ) |
| | ) JOINT STATEMENT REGARDING DEFENDANT |
| v. | ) YBARRA'S BOND CONDITIONS |
| SIMON SAGE YBARRA, | ) |
| Defendant. | ) |

Pursuant to the Court's order for the parties to file a joint statement stating each condition of defendant Ybarra's pre-trial release (Dkt. 40), the parties state as follows:

On April 12, 2021, Magistrate Judge Jeremy D. Peterson of the Eastern District of California ordered defendant Ybarra released pursuant to a $50,000 unsecured bond signed by defendant and his guardians, William and Christine Kasje, E.D. Cal. Case No. 2:21-mj-00058-CKD-1. The conditions of his release are set forth in two documents, attached hereto as Exhibits A and B.

On April 14, 2021, at his initial appearance in the Northern District of California before Magistrate Judge Jacqueline Scott Corley, the Court further ordered defendant Ybarra not to have

JOINT STATEMENT RE YBARRA
Case No. 21-CR-0121 JD

contact with any co-defendants and anyone associated with the California Grizzly Scouts.  Dkt. 19.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this joint statement.

DATED: May 7, 2021

/s/
ERIC CHENG
FRANK RIEBLI
Assistant United States Attorneys

DATED: May 7, 2021

/s/
MARTIN SABELLI
Counsel for Defendant Simon Sage Ybarra

JOINT STATEMENT RE YBARRA
Case No. 21-CR-0121 JD