# EXHIBIT B

Government's Exhibit

# SPECIAL CONDITIONS OF RELEASE

Re: Ybarra, Simon Sage
No.: 2:21-MJ-00058 CKD
Date: April 12, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report, by telephone, to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of your father, Mr. William Kasje. You must reside with your father on a full time basis and not move or absent yourself from her residence without Court approval;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Northern District of California** unless otherwise approved in advance by the pretrial services officer;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from the **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must report any contact with law enforcement to your pretrial services officer within **24 hours**;

9. You must not associate or have any contact with any co-defendants named in the Indictment or related criminal investigations unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer.