

# Probation Referral

DEFENSE COUNSEL shall be required to accompany a defendant who has just pled guilty or who has been convicted to the Probation Office on the 17th floor for an initial interview.

Anthony Castellano, Chief
U.S. Probation Office
450 Golden Gate Avenue
San Francisco, CA 94102

USPO assigned: _____

USPO email: _____

Date assigned: _____

Under seal?  _____ Yes    ✔ No

Please conduct an investigation and render:   Presentence Report

Instructions: _____

Name:   Simon Sage Ybarra

Criminal number:   3:21-cr-00121-JD-3

Count:   One

Charge:   18 U.S.C. § 1512(k) - Conspiracy to Destroy Records in Official Proce

Multi defendant / related case(s):   Yes

_____ Custody    ✔ Bond

_____ Jury Verdict    _____ Rule 20

_____ Open Plea    ✔ Plea Agreement

Interpreter needed?  _____ Yes    _____ No

Language: _____

Sentencing date:   2/7/2022    Time:   10:30 AM

## Attorneys

USA:   Eric Cheng

Defense:   Adam Pennella

for Honorable   James Donato

Date:   9/14/22        Lisa R. Clark

Courtroom Deputy Clerk

**Submit to Probation**