MARTÍN A. SABELLI (SBN 164772)
Law Offices of Martín A. Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
Email: msabelli@sabellilaw.com


Attorneys for Defendant
SIMON SAGE YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-21-121-JD** |
| Plaintiff, | UNOPPOSED MOTION AND [PROPOSED] ORDER RE TRAVEL |
| vs. | |
| SIMON SAGE YBARRA, | |
| Defendant. | |

Simon Sage Ybarra requests to be permitted to travel into the Eastern District of California for the Christmas holiday while accompanied by his parents (who are also his custodians in this matter) from December 23 through December 27, 2021, residing with them at 681 Crocker Road, Sacramento, CA 95864, which is near his grandmother's home.

/ / /

/ / /

The United States, and the United States Pre-Trial Services Officer assigned to this matter, have no objection to this request.

DATED:  December 20, 2021                    Respectfully submitted,


                                             /s/
                                             _____
                                             MARTIN A. SABELLI
                                             Attorneys for Defendant
                                             SIMON YBARRA


## [PROPOSED] ORDER

For the reasons stated above, Simon Sage Ybarra shall be permitted to travel into the Eastern District of California while accompanied by his parents (who are also his custodians in this matter) from December 23 through December 27, 2021. He must reside with them each night at 681 Crocker Road, Sacramento, CA 95864, which is near his grandmother's home.

IT IS SO ORDERED.

Dated:  December _____, 2021                 _____
                                             THE HONORABLE JACQUELINE S. CORLEY
                                             United States Magistrate Judge