| | |
|---|---|
| **From:** | Martin Sabelli |
| **To:** | Riebli, Frank (USACAN) |
| **Cc:** | Cheng, Eric (USACAN); Martin Sabelli |
| **Subject:** | RE: Simon Ybarra EDCA Bond |
| **Date:** | Wednesday, April 14, 2021 4:59:43 PM |
| **Attachments:** | |

Thank you. Also, Mr. Ybarra and I would like to convey the following:

He purchased two handguns but never took possession of them. They are in the possession of a licensed dealer, "Sacramento Black Rifle," located at 8095 Greenback Ln Suite B, Citrus Heights, CA 95610. He has not filled out a form 4473 required to take possession of these items. To his knowledge, the handguns are legally in the possession of Sacramento Black Rifle.

He has no intention of retrieving them and does not object to you folks taking them.

Thanks,

Martín Antonio Sabelli [he/his/him]
Law Offices of Martín A. Sabelli
(415) 298-8435 (Mobile)
msabelli@sabellilaw.com



**Please Note:** This message is intended for the individual or entity addressee and contains information which is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone (415) 298-8435 or by email.

**From:** Riebli, Frank (USACAN) <Frank.Riebli@usdoj.gov>
**Sent:** Wednesday, April 14, 2021 4:54 PM
**To:** Martin Sabelli <msabelli@sabellilaw.com>
**Cc:** Cheng, Eric (USACAN) <Eric.Cheng@usdoj.gov>
**Subject:** FW: Simon Ybarra EDCA Bond

Martin,

Here's the bond form issued in the ED Cal.

FJR

**From:** Carolyn Truong <Carolyn_Truong@canpt.uscourts.gov>
**Sent:** Wednesday, April 14, 2021 4:49 PM
**To:** Cheng, Eric (USACAN) <ECheng@usa.doj.gov>; Riebli, Frank (USACAN) <friebli@usa.doj.gov>

**Subject:** Simon Ybarra EDCA Bond

Eric and Frank,

Attached is the bond that was issued in EDCA regarding the defendant. May you also forward this to defense counsel? I was unable to locate his email on ECF.

Thank you!

Best,
Carolyn Truong
United States Pretrial Services Officer
280 South First Street Suite 1150
San Jose, California 95113
P (510) 637 – 3754
F: (415) 581 - 7486