Dear Judge Donato,

We are writing to convey some of the challenges Sage has faced, his capacity to look critically at his choices to effectuate change, and the tremendous growth in maturity we have observed. About 11 years ago Sage had just turned 13 when he chose to join our family. He was abandoned and neglected by his family when my wife Christy and I became his permanent guardians as the first step to adoption. At 15 Sage chose not to move forward with adoption but I am his dad and Christy is his mom. We have all been blessed by his presence and he is a loved member of our family of 5.

We first met Sage as Assistant Scout Masters in our local Boy Scout troop. Sage was a bright, curious and adventurous young man that thrived in the outdoors. He was only involved with the troop for a year but left quite a positive impression on both of us. About two years after we first met Sage we learned his mother was looking for a new home for him.

When we first met Sage, he was living with his stepfather, mother and two half siblings in his great grandmother's tiny basement. His stepfather was unemployed and spent most of his time taking drugs, playing online games and watching porn. Sage was barely twelve years old when he confronted his stepfather out of concern for his mother and half siblings. Sage's stepfather was enraged and gave Sage's mother an ultimatum, either Sage needed to go, or he would leave her and their children. Unfortunately for Sage, his mother did not choose him, she chose his stepfather and half-siblings.

Sage was shipped off to New Mexico to live with his paternal grandparents, he wasn't told the move was a permanent arrangement until he arrived. Sage was full of energy and too much for his grandfather to handle so after just a few months in New Mexico he was rejected by his family again. This time his grandparents shipped him back to California without any plan for his care. By the time Sage arrived back in California, his stepfather, mother and 2 half siblings were renting a new apartment that could only accommodate the four of them, no room for Sage.

Sage was homeless and alone, sofa surfing and relying on the kindness of family friends. His great grandmother's home had been foreclosed, his two uncles in the area were not equipped to care for him and his mother offered no plan B for him and no support.

This was the situation when our family invited Sage to join us. The abusive relationship with his stepfather, his mother's rejection and the rejection and abandonment of his extended family clearly impacted Sage. He felt responsible for the problems his mother and stepfather were having in their marriage, had trust and authority issues, constantly felt threatened and was in fear of reprisal from his stepfather. For the first 3 years in our family he spoke frequently about his desire to become an emancipated minor, he struggled in school, suffered from insomnia and anxiety, frequently experienced nightmares and had difficulty fitting in at home and with friends.

Sage is a loving son, brother, and friend. He is very loyal to and protective of those close to him and will go out of his way to help someone in need. I believe his motivation for joining the militia was largely

based on fear and a sense that he needed to be ready to protect those he loved and his community. Sage was horrified by the senseless murders committed by one of the group members and he feared his actions put us in significant danger.

In the past few years, we have seen Sage begin to come to terms with his childhood and many of the issues that plagued him in his adolescence. Even 11 years ago when he became a part of our family, Sage demonstrated a remarkable ability to reflect thoughtfully and honestly about his actions and to learn from them. Sage has carefully considered the choices he made leading to his current circumstances, knows he made mistakes and accepts ownership for his actions and is taking deliberate steps to put himself on a successful path.

The FBI raid on our home was the most violent event any of us had ever personally experienced. We had no idea what they were shouting as the entire house shook from the ram they were smashing into the door until it literally exploded inside the house. Men dressed and armed like military troops burst in from the front and back of the house and no less than 7 flash bang bombs were used in our tiny home. None of us understood what was happening and Sage was panicked, not thinking it was the government.

After the raid, knowing he was responsible for putting us in danger and bringing this violence into our home, Sage became focused and determined to move forward in a positive direction. He started looking for unions to apply to and while in that process found a job installing solar panels that would allow him to move out of the house to Davis. When he was required to move back home, he quickly found a new construction job where he is learning new skills and is investing in his future buying his own tools and making himself a valued employee. He also enrolled in online college courses and recently started a training program that will provide a sponsorship to a union so he can begin an apprenticeship.

Sage is still dealing with a lot of anxiety and the uncertainty the future presents has been difficult for him. At the same time we see his self esteem and confidence increase with each success that flows from the effort he is making to reorient his life and as he comes to terms with the choices he made. We understand his actions have consequences, but we know Sage will continue the progress he is making as a positive member of the community.

Thank you,

*Bill King*
*Christy Kasje*
Bill & Christy Kasje