

February 2nd, 2022

To whom it may concern,

This letter is written to verify Simon Ybarra's employment with Roberts Custom Builders, Inc. Below you will find a brief description of Simon's performance during his employment with us.

Simon was hired on May 6th, 2021 as a general laborer and has maintained continuous employment at our company since then.

Simon has attended all of his scheduled shifts on time, with only one single exception in the entirety of his employment. When Simon needs time off, he has given the office sufficient notice and communicated it with our team. (The only time that Simon has requested off has been for his court dates and meetings with his parole officer.) Simon is never tardy and stays for the entire duration of his scheduled shift.

Simon has been nothing short of an exemplary employee. He has shown promise and a willingness to learn the intricacies of the various trades that we are involved in. He has improved his skills in his time with us and has become a valuable member of our team. Simon maintains strong communication and positive relationships with his team in the field and the office staff.

If any further information is required, please contact me at (408) 340-5287 or christine@builtbyroberts.com.

Sincerely,

*C. Ortega-Raynaud*

Christine Ortega-Raynaud, Project Manager & Office Manager
Roberts Custom Builders, Inc.

*Alec Roberts*

Alec Roberts, Vice President & Co-Owner
Roberts Custom Builders, Inc.