ERIK LARSEN
2230 Almaden Road
San Jose, CA 95125
408-856-4115
eglarsen67@yahoo.com

Your Honor:

I am writing this letter to the court on behalf of my co-worker Sage Ybarra. He and I work for the same construction company and work side by side as laborers.

Sage is a hard worker. Together, he and I often dig ditches, hang sheet rock, install insulation, clean up job sites, load and unload the dump truck, hammer out cement, lift 60 pound bags of cement and carry them on our shoulders to the work site, wheel barrow gravel, and other manual labor. He is always on time for work. He stays until the job is done. And uncommon for construction workers he has a positive attitude, and he is quick with please and thank you which makes for a more pleasant work environment.

We talk a lot while working. Last year, he expressed an interest in learning about welding, so I invited him to join me in the Trade Orientation Program (TOP) which is a pre-apprenticeship program. It is an online work readiness program broadcast on Zoom. He hopes to join a union, learn a trade, and one day become a journeyman.

I understand that Sage is facing the possibility of prison time. I don't know the specifics of his case. I have not asked him about it. My main interest is having a co-worker that I can depend on to help get the daily job done. Reliable workers are a premium these days. Not everyone is willing to get dirty and work with their hands -- Sage is one who does.

As a long-time community and union leader, I ask the court to consider an appropriate sentence. I ask for leniency. I ask you to consider his age. And I ask you to look at his record. Home confinement with the possibility of continuing to work would be ideal. Additionally, it would be great if he could stay in the TOP program until it finishes in April. It is an online program due to COVID. Sage has shown initiative to better himself and work towards being a productive contributing member of the San Jose community. Restorative justice is appropriate.

Thank you for your consideration.

Erik Larsen   1/31/22
Erik Larsen