# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: April 25, 2022                                    Judge: Hon. James Donato

Court Reporter: Cyrstal Hicks
Time: 17 Minutes
Case No.        **3:21-cr-00121-JD-3**
Case Name       **USA v. Simon Sage Ybarra**

Attorney(s) for Government:    Eric Cheng
Attorney(s) for Defendant(s):  Martin Sabelli
Interpreter:
Probation Officer:

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Change of Plea -- Held

## NOTES AND ORDERS

Defendant pleads guilty to Count One in the indictment under 18 U.S.C. § 1512(k). The Court finds defendant's guilty plea to be knowing and voluntary, and accepts the plea.

Sentencing is set for May 5, 2022, at 11:30 a.m. in Courtroom 11. The parties may file a supplemental sentencing memorandum by 12:00 p.m. on May 3, 2022. Counsel for the government will work with the Probation Office to revise the presentence report to the accepted plea.