# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: May 5, 2022             Judge: Hon. James Donato

Court Reporter: Marla Knox
Time: 31 Minutes
Case No.    **3:21-cr-00121-JD-3**
Case Name    **USA v. Simon Sage Ybarra**

Attorney(s) for Government:    Eric Cheng/Frank Riebli
Attorney(s) for Defendant(s):    Martin Sabelli
Probation Officer: Jessica Goldsberry

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Sentencing Hearing -- Held

## NOTES AND ORDERS

Defendant is sentenced to 6 months of custody; 3 years of supervised release; a $100 special assessment, and a forfeiture of firearms, ammunition, and electronics seized from defendant.

A voluntary surrender order will be filed separately.